**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ANA BARBARA ORTIZ-BACHORIK,**

        **Plaintiff,**

-vs-                                                  **Case No. 6:11-cv-29-Orl-22DAB**

**MAGISTRATE MARIA M. HINDS,**
**JUDGE CYNTHIA MACKINNON,**

        **Defendants.**
_____

**ORDER**

This cause is before the Court on the Application to Proceed in District Court without Prepaying Fees or Costs (Doc. No. 2) filed on January 10, 2011.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied and that the Complaint be dismissed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed January 13, 2011 (Doc. No. 4) is ADOPTED and CONFIRMED and made a part of this Order.

      2.      The Application to Proceed in District Court without Prepaying Fees or Costs (Doc. No. 2) is DENIED.

      3.      The Complaint is hereby DISMISSED.

      4.      The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 1, 2011.

*[signature]*

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Ana Barbara Ortiz-Bachorik, *pro se*